IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**KELLIE R. GARNER**                                                                  **PLAINTIFF**

VS                                                            **CIVIL ACTION NO. 2:05-cv-377KS-MTP**

**TOYS R US, INC. and**
**THE TRAVELERS INDEMNITY CO.**                                **DEFENDANTS**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come on for hearing, and the Court, being advised that the Plaintiff and Defendants have reached a compromise and settlement agreement and that there remain no issues to be adjudicated or determined by the Court, finds that Defendants should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of the Plaintiff against Defendants are hereby dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, this the 23rd day of August, 2006.


                                           s/ *Keith Starrett*
                                           UNITED STATES DISTRICT JUDGE

Agreed and Approved:


    s/William H. Jones
Attorney for Plaintiff


    s/Kenna L. Mansfield, Jr.
Attorney for Defendants